820

No. 75–1544. HARPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1548. WIENER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1555. CONLEY v. HAMPTON, CHAIRMAN, CIVIL SERVICE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1557. YOKUM v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–1559. PARNESS ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1567. HORTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1568. J. FRANK KELLY, INC., ET AL. v. SWINTON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1571. ENTRINGER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–1574. DEFRANCIS v. BOSSIER CITY. Ct. App. La., 2d Cir. Certiorari denied.

No. 75–1575. KIRSCHKE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–1576. RADETSKY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–1586. ROGERS BROTHERS WHOLESALERS v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.